UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REGGIE MARSHALL,

        Plaintiff,        Case No. 1:12-cv-555

v.        Honorable Paul L. Maloney

PRISON HEALTH SERVICES, INC. et al.,

        Defendants.
_____/

**JUDGMENT**

    In accordance with the Order issued this date:

    IT IS ORDERED that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.


Dated: July 20, 2012        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge