UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REGGIE MARSHALL,

    Plaintiff,

v.

PRISON HEALTH SERVICES, INC., ET AL.,

    Defendant.
                                         /

Case No.: 1:12-cv-555

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 27). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that defendant Cindi Curtin's Rule 12(b)(6) motion to dismiss (ECF No. 19) is **GRANTED**.

**IT IS FURTHER ORDERED** that the motion for summary judgment by defendants Prison Health Services, Inc. and Robert Crompton (ECF No. 23) is **GRANTED**.


Dated: October 31, 2013                          /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                             Chief United States District Judge