UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REGGIE MARSHALL,

    Plaintiff,

v.                                                                                          Case No. 1:12-cv-555

                                                                                       HONORABLE PAUL L. MALONEY

PRISON HEALTH SERVICES, INC, et al.,

    Defendant.
_____/

## JUDGMENT

Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered in favor of defendants and against the plaintiff. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).


Date:   October 31, 2013                              /s/ Paul L. Maloney
                                                                                 Paul L. Maloney
                                                                                 Chief United States District