UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REGGIE MARSHALL,

        Plaintiff,

                                          Case No. 1:12-cv-555

v.

                                          HONORABLE PAUL L. MALONEY

PRISON HEALTH SERVICES, INC, et al.,

        Defendant.

_____/

## **JUDGMENT**

        Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered in favor of defendants and against the plaintiff.  A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date:   October 31, 2013                          __/s/ Paul L. Maloney_____
                                                    Paul L. Maloney
                                                        Chief United States District